**Order entered November 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00866-CV

**MICHAEL WIERSCHEM, M.D., Appellant**

**V.**

**WILLIAM BOURGEOIS AND CAROLYN BOURGEOIS, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02281-2018**

## ORDER

Before the Court is appellant's November 12, 2019 unopposed motion for an extension of

time to file his reply brief. We **GRANT** the motion and extend the time to **November 18, 2019**.

/s/      KEN MOLBERG
         JUSTICE